**Electronically Filed
Supreme Court
SCWC-17-0000206
18-FEB-2021
08:04 AM
Dkt. 17 ODAC**

SCWC-17-0000206

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JIHYUN SIM, Individually, and as Court-Appointed Personal Representative for the Estate of Her Sister JISU SIM, SANG KI SHIM, father of JISU SIM, and TIA SUK KIM, mother of JISU SIM, Petitioners/Plaintiffs-Appellants,

vs.

KONA ISLANDER INN, ASSOCIATION OF APARTMENT OWNERS OF KONA ISLANDER INN, KONA ISLANDER INN HOTEL, HAWAIIANA MANAGEMENT COMPANY LTD., ICHTHUS LAND COMPANY, CHRISTIAN VAN DYCK, Individually, as a member of the Association of Apartment Owners of Kona Islander Inn, and owner of Rainbow Plantation Bed & Breakfast, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000206; CIV. NO. 15-1-252K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiffs-Appellants' Application for Writ of Certiorari, filed on December 28, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, February 18, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

